**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Kumtor Gold Company CJSC,<br><br>Debtor.<br><br>Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 21-11051 (LGB) |
| In re<br><br>Kumtor Operating Company CJSC,<br><br>Debtor.<br><br>Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 21-11052 (LGB) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) WAIVING REQUIREMENTS OF SECTION 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1005 AND 2002(n)**

Upon the motion (the "Motion")[1] of Kumtor Gold Company CJSC and Kumtor Operating Company CJSC (collectively, the "Debtors"), for entry of an order (this "Order"), (a) directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only and (b) granting related relief; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided

[1] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

in accordance with the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and that, except as otherwise ordered herein, no other or further notice is necessary; and any objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. These Chapter 11 Cases shall be jointly administered pursuant to Bankruptcy Rule 1015(b) and consolidated for procedural purposes only.

3. The Clerk of the Court shall maintain one file and one docket for these Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of Kumtor Gold Company CJSC, Case No. 21-11051 (LGB).

4. All pleadings filed in these Chapter 11 Cases shall bear a consolidated caption in the following form:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re<br><br>Kumtor Gold Company CJSC and Kumtor Operating Company CJSC,[1]<br><br>Debtors. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Chapter 11<br><br>Case No. 21-11051 (LGB)<br><br>Jointly Administered |

[1] The Debtors' corporate headquarters is located at 24 Ibraimova Street, 720001, Bishkek, the Kyrgyz Republic.

5. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n).

6. The Clerk of the Court shall make a docket entry in the case of Kumtor Operating Company CJSC to reflect the joint administration of these Chapter 11 Cases, substantially as follows:

> An Order has been entered in this case in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Kumtor Gold Company CJSC, Case No. 21-11051 (LGB), and Kumtor Operating Company CJSC, Case No. 21-11052 (LGB). The docket in the chapter 11 case of Kumtor Gold Company CJSC, Case No. 21-11051 (LGB), should be consulted for all matters affecting this case.

7. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the Court with the assistance of the notice and claims agent retained by the Debtors in these Chapter 11 Cases.

8. The Debtors may file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the U.S. Trustee, by consolidating the information required for each debtor in one report that tracks and breaks out all of the disbursements on a debtor-by-debtor basis in each monthly operating report.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.

10. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

11. The requirements set forth in Local Rule 9013-1(b) are satisfied.

12. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: June 8, 2021
New York, New York

**/s/ Lisa G. Beckerman**
The Honorable Lisa G. Beckerman
United States Bankruptcy Judge