**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x
:
In re                                                      :          Chapter 11
:
:          Case No. 21-11051 (LGB)
Kumtor Gold Company CJSC and Kumtor Operating   :
Company CJSC,[1]                                          :          Jointly Administered
:
Debtors.       :
———————————————————————x

**FEE STATEMENT OF STRETTO FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS ADMINISTRATIVE ADVISOR FOR DEBTORS DURING**
**THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

| | |
|---|---|
| Name of Applicant: | <u>Stretto, Inc.</u> |
| Authorized to Provide Professional Services to: | <u>Kumtor Gold Company CJSC and Kumtor Operating Company CJSC</u> |
| Date of Retention: | <u>Order entered on July 29, 2021 [ECF No. 124], retaining Stretto effective to June 4, 2021</u> |
| Period for which compensation and reimbursement is sought: | <u>May 1, 2022 – May 31, 2022 (the "Fee Period")</u> |
| Amount of compensation sought as actual, reasonable and necessary: | <u>$ 4,972.88</u>[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | <u>$ 0.00</u> |
| Total compensation and expense reimbursement sought as actual, reasonable and necessary: | <u>$ 4,972.88</u> |

This is a: ___X___ Monthly Fee Statement _____ Interim Application _____ Final Application

---

[1]        The Debtors' corporate headquarters is located at 24 Ibraimova Street, 720001, Bishkek, the Kyrgyz Republic.

[2]        Listed Amount of Compensation Sought is net of Contractual Discount in the amount of $1,243.22.

### Statement of Fees by Project Category

| Project Category | Hours | Fees |
|---|---|---|
| Fee Applications | 18.6 | $4,774.00 |
| Monthly Operating Reports | 5.7 | $1,442.10 |
| Less Contractual Discount | | ($1,243.22) |
| **Totals** | **24.3** | **$4,972.88** |

### Summary of Timekeepers Included in this Fee Statement

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Brian Karpuk | Managing Director | $275.00 | 3.1 | $852.50 |
| Aileen Daversa | Director | $253.00 | 3.7 | $936.10 |
| Leticia Sanchez | Director | $253.00 | 2.0 | $506.00 |
| Nicholas Kennedy | Director | $253.00 | 15.5 | $3,921.50 |
| Less Contractual Discount | | | | ($1,243.22) |
| **Grand Total** | | | **24.3** | **$4,972.88** |
| **Blended Rate** | | | | **$204.65** |

## NOTICE

No trustee or examiner has been appointed in the Debtors' cases. Pursuant to the *Order (A) Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals and (B) Authorizing Certain Limited Redactions and Anonymized Information* [ECF No. 125] (the "Interim Compensation Order"), notice of this monthly statement has been served upon:

(a) Counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: James L. Bromley; and

(b) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Andrea Schwartz, Esq.).

Stretto submits that, in light of the foregoing, no other or further notice need be provided.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, Stretto respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $3,978.30).

Dated: June 27, 2022
      New York, New York

Respectfully submitted,

*/s/ Robert Klamser*
Robert Klamser
8269 E 23rd Ave, Ste 275
Denver, CO  80238
Tel:  (720) 457-3303
Email:  robert.klamser@stretto.com

*Administrative Advisor for Debtors
and Debtors in Possession*

## **Exhibit A**

**Time-Entry Record**

**Exhibit A**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 05/02/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, review, and edit final fee application | 3.2 | $253.00 | $809.60 |
| 05/03/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, review, and edit final fee application | 4.3 | $253.00 | $1,087.90 |
| 05/04/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, review, and edit final fee application | 3.0 | $253.00 | $759.00 |
| 05/04/2022 | Brian Karpuk | Managing Director | Fee Applications | Review and comment on final fee application | 1.4 | $275.00 | $385.00 |
| 05/05/2022 | Brian Karpuk | Managing Director | Fee Applications | Review and comment on final fee application | 0.7 | $275.00 | $192.50 |
| 05/06/2022 | Nicholas Kennedy | Director | Fee Applications | Review and edit final fee application | 2.0 | $253.00 | $506.00 |
| 05/11/2022 | Nicholas Kennedy | Director | Fee Applications | Review and edit final fee application (1.4); communications re: same (.2) | 1.6 | $253.00 | $404.80 |
| 05/11/2022 | Nicholas Kennedy | Director | Fee Applications | Draft, review, and edit Eleventh Monthly Fee Statement | 1.0 | $253.00 | $253.00 |
| 05/13/2022 | Brian Karpuk | Managing Director | Fee Applications | Revise final fee application | 0.6 | $275.00 | $165.00 |
| 05/16/2022 | Nicholas Kennedy | Director | Fee Applications | Update final fee application (.2); communications re: same (.2) | 0.4 | $253.00 | $101.20 |
| 05/16/2022 | Brian Karpuk | Managing Director | Fee Applications | Prepare fee invoice | 0.4 | $275.00 | $110.00 |
| | Contractual Discount | | | | | | ($954.80) |
| | **SUBTOTAL** | | | | **18.6** | | **$3,819.20** |
| 05/03/2022 | Leticia Sanchez | Director | Monthly Operating Reports | Review email correspondence with S&C team re April MORs | 0.1 | $253.00 | $25.30 |
| 05/03/2022 | Leticia Sanchez | Director | Monthly Operating Reports | Review details for April MORs and coordinate with case team on same | 0.3 | $253.00 | $75.90 |
| 05/09/2022 | Leticia Sanchez | Director | Monthly Operating Reports | Review email correspondence with S&C team re April MORs | 0.2 | $253.00 | $50.60 |
| 05/10/2022 | Leticia Sanchez | Director | Monthly Operating Reports | Review the KOC and KGC MORs and Notes | 0.4 | $253.00 | $101.20 |
| 05/10/2022 | Aileen Daversa | Director | Monthly Operating Reports | Prepare MOR and Notes; correspondence with S&C team re same | 3.1 | $253.00 | $784.30 |
| 05/12/2022 | Leticia Sanchez | Director | Monthly Operating Reports | Review email correspondence with S&C team re comments on the KGC and KOC notes | 0.1 | $253.00 | $25.30 |
| 05/12/2022 | Leticia Sanchez | Director | Monthly Operating Reports | Review comments on the KGC and KOC notes | 0.4 | $253.00 | $101.20 |
| 05/13/2022 | Leticia Sanchez | Director | Monthly Operating Reports | Review KOC and KGC April 2022 MORs and related notes | 0.3 | $253.00 | $75.90 |
| 05/13/2022 | Aileen Daversa | Director | Monthly Operating Reports | Update MOR drafts; correspondence with S&C team re same | 0.3 | $253.00 | $75.90 |
| 05/16/2022 | Aileen Daversa | Director | Monthly Operating Reports | Finalize MOR | 0.3 | $253.00 | $75.90 |
| 05/16/2022 | Leticia Sanchez | Director | Monthly Operating Reports | Review finalized April MORs | 0.2 | $253.00 | $50.60 |
| | Contractual Discount | | | | | | ($288.42) |
| | **SUBTOTAL** | | | | **5.7** | | **$1,153.68** |
| | Total Contractual Discount | | | | | | ($1,243.22) |
| | **GRAND TOTAL** | | | | **24.3** | | **$4,972.88** |