UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
─────────────────────────────────────── x
In re                                   :   Chapter 11
                                        :
                                        :
Kumtor Gold Company CJSC and Kumtor Operating  :   Case No. 21-11051 (LGB)
Company CJSC,¹                          :
                                        :   Jointly Administered
                      Debtors.          :
                                        :
─────────────────────────────────────── x
```

### ORDER GRANTING INTERIM AND FINAL APPLICATIONS FOR ALLOWANCE OF INTERIM AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Interim and Final Applications for Allowance of Final Compensation and Reimbursement of Expenses [D.I. 382, 384, 386] (the "Applications") for professional services rendered and expenses incurred during the period commencing December 1, 2021 through the date of dismissal of these Chapter 11 Cases (the "Interim Period") and the period commencing June 1, 2021[2] through and including the date of dismissal of these Chapter 11 Cases (the "Final Fee Period"); and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Applications are granted with respect to the Interim Period to the extent set forth in the attached Schedule A and with respect to the Final Fee Period to the extent set forth in the attached Schedule B; and it is further

ORDERED that the Debtors are authorized and directed upon entry of this Order to remit or cause to be remitted payment for (i) the Interim Period to each of the applicants listed

---

[1] The Debtors' corporate headquarters is located at 24 Ibraimova Street, 720001, Bishkek, the Kyrgyz Republic.

[2] In the case of Young Conaway Stargatt & Taylor, LLP, commencing on June 17, 2021.

1

on Schedule A and (ii) for the Final Fee Period to each of the applicants listed on Schedule B, all fees and expenses allowed herein, less all amounts previously paid on account of such fees and expenses; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 29, 2022  
New York, New York

/s/ **Lisa G. Beckerman**  
The Honorable Lisa G. Beckerman  
United States Bankruptcy Judge

Case No.: 21-11051 (LGB)　　　　**CURRENT INTERIM FEE PERIOD**　　　　Schedule A
Case Name: In re Kumtor Gold Company CJSC　　December 1, 2021 through Dismissal of These Chapter 11 Cases

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested | (4) Interim Fees as Reduced by Discussions with United States Trustee and/or Ordered by the Court | (5) Interim Fees Allowed (80% of Interim Fees as Reduced) | (6) Interim Expenses Requested | (7) Interim Expenses as Reduced by Discussions with United States Trustee and/or Ordered by the Court | (8) Interim Expenses Allowed |
|---|---|---|---|---|---|---|---|
| Sullivan & Cromwell LLP | July 6, 2022 / D.I. 386 | $2,026,540.00 | $30,151.00 | $1,597,111.20 | $103,792.54 | $511.00 | $103,281.54 |
| Young Conaway Stargatt & Taylor, LLP | July 6, 2022 / D.I. 382 | $70,000.50 | $0.00 | $56,000.40 | $421.74 | $0.00 | $421.74 |
| Stretto, Inc. (f/k/a Bankruptcy Management Solutions, Inc.) | July 6, 2022 / D.I. 384 | $17,211.84 | $0.00 | $13,769.47 | $0.00 | $0.00 | $0.00 |

Revised September 2011　　　　DATE ON WHICH ORDER WAS SIGNED:　　　, 2022　　　　INITIALS: _____ USBJ

Case No.: 21-11051 (LGB)  **FINAL FEE APPLICATION TOTALS**  Schedule B
Case Name: In re Kumtor Gold Company CJSC  June 1, 2021[1] through Dismissal of These Chapter 11 Cases

| (1) Applicant | (2) Total Fees Requested[2] | (3) Total Fees Paid[3] | (4) Total Expenses Requested[4] | (5) Total Expenses Paid[5] |
|---|---|---|---|---|
| Sullivan & Cromwell LLP | $6,954,882.02 | $6,924,731.02 | $155,222.22 | $154,711.22 |
| Young Conaway Stargatt & Taylor, LLP | $503,236.00 | $503,236.00 | $3,700.57 | $3,700.57 |
| Stretto, Inc. (f/k/a Bankruptcy Management Solutions, Inc.) | $48,279.36 | $48,279.36 | $0.00 | $0.00 |

Revised September 2011           DATE ON WHICH ORDER WAS SIGNED: _____, 2022           INITIALS: _____ USBJ

---

[1] In the case of Young Conaway Stargatt & Taylor, LLP, commencing on June 17, 2021.

[2] Reflects amounts through June 30, 2022 requested in Applications and amounts accrued through dismissal of these Chapter 11 Cases.

[3] Reflects reductions as ordered by the Court.

[4] Reflects amounts through June 30, 2022 requested in Applications and amounts accrued through dismissal of these Chapter 11 Cases.

[5] Reflects reductions as ordered by the Court.